**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **MIKE ALBERT LTD.,** ) | **Case No. 1:21-cv-286** |
| ) | |
| **Plaintiff,** ) | **Judge Matthew W. McFarland** |
| ) | |
| -v- ) | |
| ) | |
| **540 AUTO REPAIR, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**STIPULATED FINAL JUDGMENT ENTRY**

Plaintiff Mike Albert, Ltd. ("Plaintiff" or "MAL") and Defendants 540 Auto Repair, Inc. ("540 Auto"), Abdul Abukatab ("Abdul"), and Zoila Abukatab ("Zoila") (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to the entry of a final judgment in this matter as follows, and waive and release all errors in the proceedings and the right to appeal from this judgment:

1. Judgment shall be and hereby is entered in favor of Plaintiff Mike Albert Ltd. against Defendant 540 Auto Repair, Inc. on Counts One and Two of the Amended Complaint (Doc. No. 7) in the principal amount of Four Hundred Forty-Six Thousand, Eight Hundred Seventy-Four and 68/100 Dollars ($446,874.68). Post-judgment interest shall accrue at the statutory rate from date of this judgment until payment in full.

2. All other claims asserted in Plaintiff MAL's Amended Complaint against the Defendants, and all counterclaims asserted by Defendants against Plaintiff MAL in their Answer and Counterclaim (Doc. No. 15), are dismissed, with prejudice.

3. The parties shall bear their own costs, expenses, and attorney fees in connection with this action.

And the Court, being duly advised, hereby enters judgment accordingly. This matter is terminated from the Court's docket. This is a final appealable order. There is no just cause for delay.

**IT IS SO ORDERED.**

Date: 6/5/24

By: *(signature)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
JUDGE MATTHEW W. MCFARLAND

**HAVING SEEN, APPROVED, STIPULATED AND AGREED:**

*/s/ Steven C. Coffaro*
Steven C. Coffaro (0065116)
Carson E. Miller (0100203)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
steve.coffaro@kmklaw.com
carson.miller@kmklaw.com
Attorneys for Plaintiff

*/s/ Jeffrey A. Burd*
Jeffrey A. Burd (0066516)
11156 Main Street, Suite C
Cincinnati, Ohio 45241
Phone: (513) 793-9950
jeffreyburd@fuse.net
Attorney for Defendants

13588000.1